## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 97-CR-00176-GKF-3 |
| v. | ) | |
| | ) | USM No.: 08133-062 |
| ALONZO NOLAN, | ) | |
| | ) | |
| Defendant. | ) | |

### OPINION AND ORDER

Before the Court is Defendant Alonzo Nolan's third motion for reduction in sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Dkt. 223.  Following review of the motion and Nolan's supporting exhibits, the Government's response in opposition, Nolan's reply, the record, and applicable law, the Court took this matter under advisement pending the United States Supreme Court's decision in the consolidated cases of *Rutherford v. United States*, No. 24-820, and *Carter v. United States*, No. 24-860.  Dkt. 231.  The Supreme Court heard oral arguments in these consolidated cases on November 12, 2025, and issued a decision on May 28, 2026.  *See Rutherford v. United States*, 608 U.S. ___, 146 S. Ct. 1320 (May 28, 2026).  The Court therefore directs the parties to file supplemental briefs addressing *Rutherford*'s impact on the pending motion.

**IT IS THEREFORE ORDERED** that on or before July 14, 2026, the parties shall file supplemental briefs, not exceeding twenty-five pages, presenting arguments relevant to this Court's consideration of Nolan's third motion for reduction in sentence (Dkt. 223) in light of the Supreme Court's recent decision in *Rutherford*.

**IT IS SO ORDERED** this 23rd day of June 2026.

GREGORY K. FRIZZELL
**UNITED STATES DISTRICT JUDGE**